UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THE HOTCHKISS SCHOOL, | : | CIVIL NO. 1:18-MC-00081 |
|     Movant, | : | |
| V. | : | |
| JOHN DOE, | : | |
|     Respondent. | : | MARCH 6, 2018 |

**THE HOTCHKISS SCHOOL'S MOTION FOR A PROTECTIVE ORDER AND/OR MOTION TO QUASH SUBPOENA**

Pursuant to Rules 26(c) and 45(d) of the Federal Rules of Civil Procedure, The Hotchkiss School ("Hotchkiss") hereby moves for a protective order and/or an order to quash the subpoena served by John Doe ("Plaintiff") upon Attorney James Sconzo of Carlton Fields Jorden Burt, P.A. ("Carlton Fields"), dated February 7, 2018. The subpoena was issued from the District of Connecticut in the matter of *John Doe v. The Hotchkiss School*, 3:15-cv-00160-VAB but requires compliance within the Southern District of New York.

Hotchkiss's outside general counsel, Wiggin & Dana LLP, hired Carlton Fields to conduct an independent investigation into allegations of sexual misconduct at the School. This subpoena seeks communications between attorneys of Carlton Fields and former students and faculty at Hotchkiss, made during that investigation and regarding allegations of sexual misconduct. Because this information was obtained during private and confidential interviews conducted at the direction of Hotchkiss' legal counsel, for the purpose of providing legal advice, it is protected by the attorney-client privilege and the work product privilege. Moreover, while Hotchkiss remains committed to releasing a final report of the investigation to the community,

disclosure of such confidential and sensitive information would have a significant chilling effect on the ongoing investigation and would also violate the confidentiality and anonymity promised to the individuals interviewed. Accordingly, as stated more fully in the accompanying memorandum of law, Plaintiff's subpoena should be quashed and a protective order should be issued.

WHEREFORE, The Hotchkiss School respectfully requests the Court to quash the third-party subpoena served on James Sconzo and/or enter a protective order prohibiting the disclosure of the requested documents.

          **DEFENDANT,**
          **THE HOTCHKISS SCHOOL**

*/s/ Jeffrey J. White*
Jeffrey J. White
Bradford S. Babbitt
Kathleen E. Dion
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: *jwhite@rc.com*; *bbabbit@rc.com*; *kdion@rc.com*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 6, 2018, a true and correct copy of the foregoing was served on the following counsel of record via electronic mail and U.S. first class mail to:

Glenn A. Duhl, Esq.
Hugh W. Cuthberson, Esq.
Zangari Cohn Cuthbertson Duhl & Grello P.C.
59 Elm Street, Suite 400
New Haven, CT 06510
gduhl@zcclawfirm.com
hcuthbertson@zcclawfirm.com

Annika K. Martin, Esq.
Steven E. Fineman, Esq.
Wendy R. Fleishman, Esq.
Lieff Cabraser Heimann & Berstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
akmartin@lchb.com
sfineman@lchb.com
wfleishman@lchb.com

*/s/  Jeffrey J. White*
Jeffrey J. White