UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK    MEMO ENDORSED

| | |
|---|---|
| THE HOTCHKISS SCHOOL, | : CIVIL NO. 1:18-MC-00081 |
| Movant, | : |
| V. | : |
| JOHN DOE, | : |
| Respondent. | : MARCH 6, 2018 |

*The motion to transfer pursuant to Rule 45(f), Fed. R. Civ. P, is GRANTED. The Motion for a Protective Order and/or Motion to Quash a Subpoena is transferred to the District of Connecticut. Doe v. The Hotchkiss, 15 cv 160 (VAB)*

**THE HOTCHKISS SCHOOL'S MOTION TO TRANSFER MOTION FOR
PROTECTIVE ORDER AND/OR MOTION TO QUASH SUBPOENA
TO THE DISTRICT OF CONNECTICUT**

Pursuant to Rule 45(f) of the Federal Rules of Civil Procedure, The Hotchkiss School

("Hotchkiss") hereby moves for transfer of the Motion to Quash the subpoena served by John

Doe ("Plaintiff") upon Attorney James Sconzo of Carlton Fields Jorden Burt, P.A. ("Carlton

Fields") to the District of Connecticut. This subpoena was issued from the District of

Connecticut in the matter of *John Doe v. The Hotchkiss School*, 3:15-cv-00160-VAB, but

requires compliance within the Southern District of New York.

*SO ORDERED.*

*[signature] USDJ*

*3-20-18*

Under Rule 45(f), "[w]hen the court where compliance is required did not issue the

subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the

subpoena consents or if the court finds exceptional circumstances." Each of the elements of Rule

45(f) are present here. The subpoena in question was issued from the District Court of

Connecticut. *See* Subpoena (attached as <u>Exhibit D</u> to the Memorandum of Law in Support of the

Motion for a Protective Order and/or Motion to Quash). Additionally, the party subject to the

subpoena, Attorney James Sconzo, has consented to the transfer of the motion to the District of

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3-22-18

Connecticut.  *See* Affidavit of James Sconzo in Support of Motion for Protective Order and/or Motion to Quash, ¶ 16.

Moreover, the facts and circumstances further support transfer of the motion to the District of Connecticut.  This subpoena was issued by Plaintiff's counsel in *John Doe v. The Hotchkiss School*, 3:15-cv-00160-VAB, a case currently pending before Judge Victor A. Bolden in the District of Connecticut.  As this action has been pending for several years, the Court has a strong familiarity with the issues in the case and the allegations raised by Mr. Doe.  Because of this familiarity, the District of Connecticut would likely be able to determine the scope of discovery and rule on the motion in a more efficient and cost-effective manner.  Additionally, Attorney Sconzo and the other attorneys who conducted the investigation that is the subject of the subpoena are all located in Connecticut.

WHEREFORE, The Hotchkiss School hereby requests that the Court grant this motion and transfer the Motion to Quash to the District of Connecticut.

<div style="margin-left: 50%;">

DEFENDANT,
THE HOTCHKISS SCHOOL


/s/ Jeffrey J. White
Jeffrey J. White
Bradford S. Babbitt
Kathleen E. Dion
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: *jwhite@rc.com*; *bbabbit@rc.com*; *kdion@rc.com*

</div>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 6, 2018, a true and correct copy of the

foregoing was served on the following counsel of record via electronic mail and U.S. first class

mail to:

Glenn A. Duhl, Esq.
Hugh W. Cuthberson, Esq.
Zangari Cohn Cuthbertson Duhl & Grello P.C.
59 Elm Street, Suite 400
New Haven, CT 06510
gduhl@zcclawfirm.com
hcuthbertson@zcclawfirm.com

Annika K. Martin, Esq.
Steven E. Fineman, Esq.
Wendy R. Fleishman, Esq.
Lieff Cabraser Heimann & Berstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
akmartin@lchb.com
sfineman@lchb.com
wfleishman@lchb.com

/s/ *Jeffrey J. White*
Jeffrey J. White