**Lieff
Cabraser
Heimann &
Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

March 28, 2018

Annika K. Martin
Partner
akmartin@lchb.com

Honorable P. Kevin Castel
United States Courthouse
Courtroom 11D
500 Pearl Street
New York, New York 10007

   RE: *The Hotchkiss School v. Doe* – Case Number: 1:18-mc-00081-PKC

Your Honor:

  Pursuant to Your Honor's Individual Practices 1(B), Defendant John Doe hereby respectfully requests an extension of time to file his response to Plaintiff's Motion to Quash [Dkt. 1], which was filed March 6, 2018.

  Per S.D.N.Y. Local Rules, and this Court's Individual Practices, oppositions to motions must be filed within seven days of service of the motion. L.R. 6.1; Castel Ind. Prac. 4(C). On March 8, 2018, Defendant John Doe requested that his deadline to respond to Plaintiff's motion be extended to March 30, 2018. [Dkt. 8]. On March 19, 2018, the Court granted that request. [Dkt. 9].

  On March 22, 2018, the Court granted Plaintiff's Motion to Transfer the case to the District of Connecticut. [Dkt. 10]. It is our understanding that the transfer of the docket from this District to the District of Connecticut is currently in process. Therefore, in order to allow the transfer to occur and for Defendant's response to Plaintiff's Motion to Quash to be filed properly in the transferee district, Defendant John Doe respectfully requests that his deadline to respond to Plaintiff's Motion to Quash be extended to Friday, April 6, 2018.

  The undersigned has conferred with Plaintiff's counsel, and Plaintiff has no objection to Defendant's requested extension.

         Respectfully,

         Annika K. Martin
         *Counsel for Defendant John Doe*

1531681.1

San Francisco  New York  Nashville  Seattle  www.lieffcabraser.com

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that on this 28th day of March 2018, a copy of Defendant John Doe's Letter Request for an Extension of Time to Respond to Plaintiff's Motion to Quash was electronically filed with the Clerk of Court of the United States District Court for the Southern District of New York, using the CM/ECF system, which will send a Notice of Electronic filing to all parties of record.

   Dated at New York, New York, this 28th day of March, 2018.

                */s/ Annika K. Martin*
                Annika K. Martin

1531684.1